**SEALED**

**FILED**
Mar 25, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

McGREGOR W. SCOTT
United States Attorney
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>NICHOLAS SOLIS,<br><br>               Defendants. | CASE NO. 1:21-cr-83 DAD-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

     The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 25, 2021 charging the above defendant with violations of 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute a mixture or substance containing a detectable amount of Fentanyl (N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide); 18 U.S.C. § 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime; and 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding

of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: March 25, 2021                    Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              Acting United States Attorney

                              By    /s/ JUSTIN GILIO
                                              JUSTIN GILIO
                                              Assistant U.S. Attorney

                                              IT IS SO ORDERED.

Dated:  March 25, 2021
                                              ERICA P. GROSJEAN
                                              U.S. Magistrate Judge