LAW OFFICES OF YAN E. SHRAYBERMAN
Yan E. Shrayberman (State Bar #253971)
P.O.Box 506
Fresno, California  93709
Telephone:   (559) 779-2315
Facsimile:    (213) 352-1010

Attorney for Defendant
Nicholas Daniel SOLIS

UNITED STATES DISTRICT COURT,

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Court Case#: **1:21-CR-00083-DAD-BAM-1** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY DEFENDANT'S CURFEW.** |
| Nicholas Daniel SOLIS | |
| Defendant. | |

    Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Justin Gilio, and defendant, Nicholas Daniel Solis, by and through his counsel, Yan E. Shrayberman, hereby stipulate to modify Nicholas Daniel Solis' curfew to 10:00 p.m. to 6:00 a.m. daily.

    Additionally, parties hereby stipulate to the removal of the requirement that Mr. Solis reside with ta 3rd party custodian.

    Furthermore, parties hereby stipulation add additional following language to Mr. Soli's pretrial release conditions:

    "Participate in a program of medical or psychiatric treatment including treatment for drug or alcohol dependency, as approved by the PSO; you must

**STIPULATION AND [PROPOSED] ORDER**                                    -1-

pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the PSO."

According to the assigned Pretrial Services Officer, the Better Choices Court Program (BCCP) judge in Fresno has indicated she is in favor of such modification given that Mr. Solis has been participating in the BCCP program with much positivity and has made great progress.  The Pretrial Services Officer reports that Mr. Solis is in compliance with his conditions of release.  Pretrial Services recommends the Curfew being modified to 10:00 p.m. to 6:00 a.m., the removal of the condition of residence with a 3-rd party custodian and the addition of the participation on a treatment program language. Based on Pretrial Services' recommendation, the government has no objection to this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: September 23, 2022          PHILLIP A. TALBERT
                                    United States Attorney

                                    By: /s/ Justin Gilio
                                    JUSTIN GILIO
                                    Assistant United States Attorney

Dated: September 23, 2022          /s/ Yan E. Shrayberman
                                    YAN E. SHRAYBERMAN
                                    Attorney for Defendant
                                    NICHOLAS DANIEL SOLIS

IT IS SO ORDERED.

    Dated:  **September 26, 2022**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED] ORDER**                              -2-