DocuSign Envelope ID: 87FCB146-B5B3-4E6C-9CDC-4FB3C5BEA943

# United States District Court

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **United States of America** | ) |
| **vs.** | )   **Case No. 1:21-cr-00083-ADA/BAM-001** |
| | ) |
| **Nicholas Solis** | ) |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Nicholas Solis_____ , have discussed with _____Francisco J. Guerrero_____ , Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the curfew component of the Location Monitoring Program with electronic monitoring or other location verification system is removed.  The defendant shall continue to make payments for the monitoring costs until his monitoring services have been paid in full.  All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| Nicholas Solis | January 20, 2023 | Francisco J. Guerrero | January 20, 2023 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services Officer | Date |

I have reviewed the conditions and concur that this modification is appropriate.

| _____ | 1/23/2023 |
|---|---|
| Signature of Assistant United States Attorney | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| Yan Shrayberman | January 20, 2023 |
|---|---|
| Signature of Defense Counsel | Date |

## ORDER OF THE COURT

[X]  The above modification of conditions of release is ordered, to be effective on   1/23/2023   .

[ ]  The above modification of conditions of release is *not* ordered.

| Sheila K. Oberto | 1/23/2023 |
|---|---|
| Signature of Judicial Officer | Date |

cc:     U.S. Attorney's Office, Defense Counsel, Pretrial Services